

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 12, 2022

**BY EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Rohan Andre Dauswell*, 21 Mag. 7049

Dear Judge Davison:

    The Government writes to respectfully request that the Court unseal the Complaint, 21 Mag. 7049, and related arrest warrant for defendant Rohan Andre Dauswell a/k/a "Dean Andre Nelson" in the captioned case, as the Defendant has been arrested.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

                      by:  */s/ BK*
                             Benjamin Klein
                             Assistant United States Attorney
                             (914) 993-1908

APPLICATION GRANTED

*/s/ Paul E. Davison*
Hon. Paul E. Davison, U.S.M.J.

8/12/22